## 9721

### JAMES v. CITY OF GREER.

#### (92 S. E. 1055.)

APPEAL AND ERROR—DISPOSITION—RECORD—APPEAL FROM AWARD OF ARBITRATORS.—Where there was nothing in the record from which it can be construed that an action for injunction against condemnation proceedings, tried in another Court by consent, was in the nature of an appeal from the award of arbitrators an appeal from an order remitting the case to the Court in which it originated, for determina-·

tion of the question as to the pendency of an appeal from the award of arbitrators to that Court, should be sustained and the order modified.

Before MOORE, J., Greenville, November, 1916.  Modified.

Action for injunction by Samuel B. James against the city of Greer.  From an order sustaining defendant's demurrer to the complaint, but remitting the case to the Court of Common Pleas, of another county, defendant appeals.

*Messrs. McCullough, Martin & Blythe,* for appellant, cite: 96 S. C. 26.

*Messrs. T. C. Turner, Jr.,* and *B. F. Perry, Jr.,* for respondent.

July 3, 1917.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

This is an action for injunction against condemnation proceedings.  The defendant demurred to the complaint, on the ground that it did not state facts sufficient to constitute a cause of action, in that the plaintiff had an adequate remedy at law, and in that the remedy by condemnation proceedings is exclusive.  By consent of the parties to the action, the case was heard at Greenville instead of Spartanburg, where the action was commenced.  His Honor, the presiding Judge, ordered:

"That the demurrer be sustained, but that the question as to the pendency of an appeal from the award of the arbitrators to the Court of Common Pleas for Spartanburg county be, and the same is hereby, remitted to the Court of Common Pleas for that county for determination."

The defendant appealed from so much of the order as remitted the case for the purpose herein mentioned.

There is nothing in the record from which it can be construed that the action for injunction was in the nature of an appeal from the award of the arbitrators.

The appeal should therefore be sustained, and the order modified.